**No. 68294.**—Polks Model Craft Hobbies, Inc., et al. *v.* United States, protests 60/832, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulations of counsel that the merchandise consists of HO gauge buildings, building kits, scenery track siders, and other railroad accessories similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), except that the merchandise involved herein is composed of plastic material, the claim of the plaintiffs was sustained.